KATHRYN E. VAN HOUTEN (SBN 143402)
IRSFELD, IRSFELD & YOUNGER LLP
100 W. Broadway, Suite 920
Glendale, CA 91210-0001
Telephone: (818) 242-6859
Facsimile: (818) 240-7728

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO.: CV 18-297 |
|---|---|
| Plaintiff, | |
| vs. | COMPLAINT ON PROMISSORY NOTE |
| JACOB E. EDDY | |
| Defendant. | |

For its claim, Plaintiff, acting on behalf of the DEPARTMENT OF EDUCATION alleges as follows:

1. This court has jurisdiction under Title 20 U.S.C. § 1080, and the defendant resides in the County of **Santa Barbara .**

2. In consideration of a student loan, Defendant executed a promissory note, a copy which is attached hereto as Exhibit 1 on the date set forth on said note.

3. Said note and all rights to the obligation undertaken therein were thereafter assigned to Plaintiff.

4. Defendant has defaulted in the payment of the obligation due under said note according to the terms and has paid no part thereof.

5. Defendant owes to Plaintiff after applying all payments and proper credits the amounts hereinafter prayed for.

WHEREFORE, Plaintiff prays for judgment against Defendant in the principal amount of $1,329.87 plus interest accrued to January 11, 2018, in the sum of $422.32 with interest accruing thereafter at 4.080 % per annum until entry of judgment; with interest thereafter at the legal rate, administration charges of $00.00, reasonable attorney's fees, and accrued costs.

DATED: January 11, 2018                     Respectfully submitted,

IRSFELD, IRSFELD & YOUNGER LLP


By:   /s/   Kathryn E. Van houten
       Kathryn E. Van Houten
       Attorney for Plaintiff