1  KATHRYN E. VAN HOUTEN (143402)
   IRSFELD, IRSFELD & YOUNGER LLP
2  100 W. Broadway, Ste. 920
   Glendale, CA 91210
3  Telephone: (818) 242-6859
   Facsimile: (818) 240-7728
4
   Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.: CV 18-00297-WDK-FFM |
| Plaintiff, | DEFAULT JUDGMENT |
| vs. | |
| JACOB E. EDDY, | |
| Defendant. | |

   In the above-entitled action, the Clerk of this Court having entered on <u>March 27, 2018</u>, a default against Defendant, JACOB E. EDDY for failure to respond or appear, and a declaration on behalf of Plaintiff having been filed satisfying the requirements of Rule 55:

   IT IS ADJUDGED that Plaintiff, United States of America, shall have and recover from Defendant JACOB E. EDDY the sum of $1,329.87 in principal, $434.36 in accrued prejudgment interest through April 2, 2018 with interest accruing from April 2, 2018 at the rate of 4.080 % per annum until entry of judgment, with interest thereafter at the legal rate, $00.00 in administration charges, $400.00 in costs, less debtor payments of $00.00,

///

///

1 | plus  $332.98 in attorney's fees for a total judgment of $2,497.21.

                              KIRY K. GRAY, CLERK
                              U.S. District Court
                              Central District of California

DATED: April 4, 2018                By: /s/ Sharon Hall-Brown

                              Sharon Hall-Brown
                              Deputy Clerk